SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

ERIK KEMP (State Bar No. 246196)
ek@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
VEROS CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| YOLANDA COSPER and FRED LUMPKIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VEROS CREDIT, LLC,<br><br>　　　　　Defendant. | Case No. 2:15-cv-01752-GEB-CKD<br>Hon. Garland E. Burrell, Jr.<br>Ctrm. 10<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT TO AND INCLUDING OCTOBER 26, 2015**<br><br>Action Filed:　August 18, 2015<br>Trial Date:　　None Set |

12554.0002/5266829.1

Pursuant to Eastern District of California Local Rules 143 and 144, plaintiffs YOLANDA COSPER and FRED LUMPKIN ("Plaintiffs"), and defendant Veros Credit, LLC ("Veros") hereby stipulate and agree, subject to this Court's approval, that Veros may have through and including October 26, 2015 to answer, move, or otherwise respond to the complaint.

WHEREAS, pursuant to E.D. Local Rule 144, the parties previously stipulated that Veros could have one other extension, totaling twenty-eight (28) days—through and including October 16, 2015—to answer, move, or otherwise respond to the complaint.

WHEREAS, the parties have since engaged in early meet and confer efforts, and intend to continue to engage in such efforts, to exchange information in order to streamline the issues before this Court.  To assist the parties in these efforts, the parties agree to stipulate to extend Veros' time to answer, move or otherwise respond to the complaint from its current deadline of October 16, 2015 to through and including October 26, 2015, which is when the Parties' Joint Conference Statement also is due to be filed with the Court.

WHEREAS, the requested extension will not alter the date of any other event or deadline already fixed by Court order.

Now, therefore, the parties **HEREBY STIPULATE** and request that the Court permit Veros through and including October 26, 2015 to answer, move, or otherwise respond to the complaint.

DATED:  October 14, 2015              SEVERSON & WERSON

                                      By:   */s/ Rebecca S. Saelao*
                                            Rebecca S. Saelao
                                      Attorneys for Defendant VEROS CREDIT, LLC

DATED:  October 14, 2015              KEMNITZER, BARRON, & KRIEG, LLP

                                      By:   */s/ Bryan Kemnitzer*
                                            Bryan Kemnitzer
                                            Elliot Jason Conn
                                      Attorneys for Plaintiffs

I, Rebecca S. Saelao, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Bryan Kemnitzer concurs in this filing.
                                      By:   */s/ Rebecca S. Saelao*

1
2      **IT IS SO ORDERED.**
3      **Dated: October 16, 2015**
4
5                                              _____
6                                              GARLAND E. BURRELL, JR.
                                               Senior United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

12554.0002/5266829.1                    2
2nd STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT