| | |
|---|---|
| KEMNITZER, BARRON, & KRIEG, LLP<br>BRYAN KEMNITZER (Bar No. 06640)<br>bryan@kbklegal.com<br>ELLIOT CONN (Bar No. 279920)<br>elliot@kbklegal.com<br>445 Bush St., 6th Floor<br>San Francisco, CA  94108<br>Telephone:  (415) 632-1900<br>Facsimile:  (415) 632-1901<br><br>Scott D. Owens<br>scott@scottdowens.com<br>pro hac vice applicable pending<br>Scott D. Owens, P.A.<br>664 E. Hallandale Beach Blvd.<br>Hallandale, FL  33009<br>Phone:  (954) 589-0588<br>Facsimile:  (954) 337-0666<br><br>Attorneys for Plaintiffs Yolanda Cosper and Fred Lumpkin, and the putative class | SCOTT J. HYMAN (Bar No. 148709)<br>sjh@severson.com<br>ERIC J. TROUTMAN (Bar No. 229263)<br>ejt@severson.com<br>SEVERSON & WERSON<br>A Professional Corporation<br>The Atrium<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612<br>Telephone: (949) 442-7110<br>Facsimile: (949) 442-7118<br><br>ERIK KEMP (Bar No. 246196)<br>ek@severson.com<br>REBECCA S. SAELAO (Bar No. 222731)<br>rss@severson.com<br>SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439<br><br>Attorneys for Defendant<br>VEROS CREDIT, LLC |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| YOLANDA COSPER and FRED LUMPKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEROS CREDIT, LLC,<br><br>Defendant. | Case No. 2:15-cv-01752-GEB-CKD<br>Hon. Garland E. Burrell, Jr.<br>Ctrm. 10<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: AMENDED COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE**<br><br>Action Filed:    August 18, 2015<br>Trial Date:      None Set |

12554.0002/5388150.1

1    Plaintiffs YOLANDA COSPER and FRED LUMPKIN ("Plaintiffs"), and Defendant Veros
2 Credit, LLC ("Veros," and together with Plaintiffs the "Parties") hereby stipulate and agree as
3 follows:
4    WHEREAS, Plaintiffs initiated this lawsuit on August 18, 2015.
5    WHEREAS, Plaintiffs served Veros with the summons and complaint on August 28, 2015.
6    WHEREAS, pursuant to stipulation and this Court's Order, Veros' deadline to answer, move,
7 or otherwise respond to the complaint is presently through and including October 26, 2015.  (See
8 Docket No. 8.)
9    WHEREAS, the Parties have met and conferred regarding Veros' intention to file a motion to
10 dismiss the complaint pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) and Rule 8.
11    WHEREAS, upon reviewing Veros' meet and confer letter, the authorities cited therein, and
12 the arguments of counsel, Plaintiffs have stated their intention to file an amended complaint by
13 Friday, November 6, 2015.
14    WHEREAS, pursuant to Rule 15, Veros consents to Plaintiffs filing an amended complaint,
15 subject to and without waiving Veros' rights and arguments in response, including Veros' right to
16 move to dismiss the amended complaint as provided by the Rules.
17    WHEREAS, in light of the foregoing, the Parties stipulate and agree that the present complaint
18 is moot, and that it is therefore unnecessary for Veros to respond to the present complaint.
19    WHEREAS, the Parties further stipulate and agree that Veros' shall have through and
20 including December 4, 2015 to answer, move, or otherwise respond to the amended complaint.
21    WHEREAS, in light of the above events, the Parties submit that the scheduling conference
22 presently set for November 9, 2015 in this action should be continued and reset for a date after the
23 pleadings are settled, and/or for a date to coincide with any hearing on Veros' motion to dismiss
24 the amended complaint, in the event Veros files such a motion.
25    WHEREAS, the Parties have previously stipulated to extend Veros' original responsive
26 pleading deadline from September 18, 2015 to October 26, 2015.
27    WHEREAS, other than the pleading deadlines set forth above and the status conference date,
28 no other deadlines in this case have been set, and thus no other deadlines will be affected.

1   Now, therefore the Parties **STIPULATE**, subject to Court approval, as follows:

2   1.   Plaintiffs shall have through and including November 6, 2015 to file their amended
3   complaint.

4   2.   In light of Plaintiffs' intention to file an amended complaint, their present complaint is
5   moot, and it is therefore unnecessary for Veros to respond to the initial complaint.

6   3.   Defendants shall have through and including December 4, 2015 to answer, move, or
7   otherwise respond to the amended complaint.

8   3.   The Parties submit that the scheduling conference presently set for November 9, 2015 in
9   this case should be continued, and reset for a date after the pleadings are settled, or—in the event
10  Veros moves to dismiss the amended complaint—for a date to coincide with the hearing on Veros'
11  motion to dismiss the amended complaint.

12  **IT IS SO STIPULATED.**

13  DATED:  October 26, 2015          SEVERSON & WERSON

14                                     By:   */s/ Rebecca S. Saelao*
                                             Rebecca S. Saelao
15                                     Attorneys for Defendant VEROS CREDIT, LLC

16  DATED:  October 26, 2015          KEMNITZER, BARRON, & KRIEG, LLP

17                                     By:   */s/ Elliot Jason Conn*
                                             Bryan Kemnitzer
18                                           Elliot Jason Conn
                                       Attorneys for Plaintiffs
19

20  I, Rebecca S. Saelao, am the ECF user whose identification and password are being used to file
21  this Stipulation.  I hereby attest that Elliot Jason Conn has concurred in this filing.
                                       By:   */s/Rebecca S. Saelao*
22

12554.0002/5388150.1                        2
STIPULATION AND [PROPOSED] ORDER RE: AMENDED COMPLAINT

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing stipulation of the Parties, and good cause appearing therefor, **HEREBY ORDERS:**

1. Plaintiffs shall have through and including November 6, 2015 to file their amended complaint.

2. It is therefore unnecessary for Veros to respond to the initial complaint.

3. Defendants shall have through and including December 4, 2015 to answer, move, or otherwise respond to the amended complaint.

3. The scheduling conference presently set for November 9, 2015 is hereby continued, and shall be reset for a date after the pleadings are settled, or—in the event Veros moves to dismiss the amended complaint—for a date to coincide with the hearing on Veros' motion to dismiss the amended complaint.

The pretrial scheduling conference, currently scheduled for November 9, 2015, is rescheduled for February 1, 2016, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Dated:  October 27, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge