SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

ERIK KEMP (State Bar No. 246196)
ek@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
VEROS CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| YOLANDA COSPER and FRED LUMPKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEROS CREDIT, LLC,<br><br>Defendant. | Case No. 2:15-cv-01752-MCE-CKD<br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO STAY ACTION**<br><br>Action Filed:   August 18, 2015<br>Trial Date:      None Set |

12554.0002/6311157.1

Plaintiffs YOLANDA COSPER and FRED LUMPKIN ("Plaintiffs"), and defendant Veros Credit, LLC ("Veros") hereby stipulate and agree, subject to this Court's approval, to stay this action pending rulings from the U.S. Supreme Court in *Gomez v. Campbell-Ewald Co.*, 768 F.3d 871 (9th Cir. 2014) *cert. granted*, No. 14 857, 135 S. Ct. 2311 (May 18, 2015) and *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014) *cert. granted*, 135 S. Ct. 1892 (Apr. 27, 2015).

DATED:  January 15, 2016                         SEVERSON & WERSON

                                                 By:           */s/ Rebecca S. Saelao*
                                                                Rebecca S. Saelao
                                                 Attorneys for Defendant VEROS CREDIT, LLC

DATED:  January 15, 2016                         KEMNITZER, BARRON, & KRIEG, LLP

                                                 By:           */s/ Elliot Jason Conn*
                                                                Bryan Kemnitzer
                                                                Elliot Jason Conn
                                                 Attorneys for Plaintiffs

I, Rebecca S. Saelao, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Bryan Kemnitzer concurs in this filing.
                                                 By:           */s/ Rebecca S. Saelao*

## ORDER

Pursuant to the Parties' stipulation, this Court HEREBY STAYS this action pending rulings from the U.S. Supreme Court in *Gomez v. Campbell-Ewald Co.*, 768 F.3d 871 (9th Cir. 2014) *cert. granted*, No. 14 857, 135 S. Ct. 2311 (May 18, 2015) and *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014) *cert. granted*, 135 S. Ct. 1892 (Apr. 27, 2015).  IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the Parties or Order of this Court.  The Parties are also ORDERED to file a status report within seven days of the Supreme Court's resolution of each case. Once the Supreme Court disposes of both cases, the Court shall set a scheduling conference.

IT IS SO ORDERED.

Dated:  January 20, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT