KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER    Bar No. 066401
NANCY BARRON       Bar No. 099278
ELLIOT CONN        Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
bryan@kbklegal.com
elliot@kbklegal.com

Scott D. Owens
*admitted pro hac vice*
Scott D. Owens, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Phone: (954) 589-0588
Fax: (954) 337-0666
scott@scottdowens.com

Attorneys for Plaintiffs Yolanda Cosper and Fred Lumpkin, and the putative class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOLANDA COSPER and FRED LUMPKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff.<br><br>v.<br><br>VEROS CREDIT, LLC<br><br>Defendant. | Case No. 2:15-cv-01752-MCE-CKD<br>Hon. Morrison C. England, Jr,<br>Ctrm. 10<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO GRANT PLAINTIFFS LEAVE TO AMEND AND TO CONTINUE VEROS CREDIT LLC'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Action Filed:  August 18, 2015<br>Trial Date:    None Set |

**COMES NOW THE PARTIES TO THE ABOVE-REFERENCED ACTION AND RECITE AND STIPULATE AS FOLLOWS:**

1. WHEREAS, Plaintiffs initiated this lawsuit on August 18, 2015;

2. WHEREAS, on January 15, 2016, the parties stipulated to stay the action pending rulings by the U.S. Supreme Court in *Gomez v. Campbell-Ewald*

12554.0002/8015941.1

STIPULATION TO GRANT PLAINTIFF LEAVE TO AMEND AND TO CONTINUE VEROS'S DEADLINE TO RESPOND TO THE COMPLAINT

*Co.*, 768 F.3d 871 (9th Cir. 2014) *cert. granted*, No. 14 857, 135 S. Ct. 2311 (May 18, 2015) and *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014) *cert. granted*, 135 S. Ct. 1892 (Apr. 27, 2015).

3.   WHEREAS, the Court stayed the action on January 20, 2016 pending the U.S. Supreme Court's rulings.

4.   WHEREAS, U.S Supreme Court ruled in *Campbell-Ewald Co. v. Gomez*, No. 14-857, 2016 WL 228345 (U.S. Jan. 20, 2016) on January 20, 2016 and ruled in *Spokeo, Inc. v. Robins*, -- S.Ct. --, No. 13-1339, 2016 WL 2842447 (U.S. May 16, 2016) on May 16, 2016.

5.   WHEREAS, Veros Credit, LLC filed a Status Report on May 23, 2016, updating the Court of the status of the Supreme Court's rulings.

6.   WHEREAS, on May 27, 2016, the Court ordered Veros Credit, LLC to respond to Plaintiff's First Amended Complaint by June 24, 2016.

7.   WHEREAS, in light of the U.S. Supreme Court's rulings, Plaintiffs have expressed an intent to amend the First Amended Complaint to address the issues raised by *Campbell-Ewald* and *Spokeo*.

8.   WHEREAS, to avoid unnecessary litigation expense, the Parties agree that Plaintiffs may have through July 8, 2016 to file a Second Amended Complaint and Veros may have through August 8, 2016 to answer, move, or otherwise respond to the Second Amended Complaint.

**NOW THEREFORE THE PARTIES STIPULATE:**

1.   Plaintiffs may have through July 8, 2016 to file a Second Amended Complaint

2.   Veros may have through August 8, 2016 to answer, move, or otherwise respond to the Second Amended Complaint.

DATED: June 24, 2016          KEMNITZER, BARRON & KRIEG, LLP


By: ___/s/ Bryan Kemnitzer___
        Bryan Kemnitzer

Attorneys for Plaintiffs

DATED: June 24, 2016          SEVERSON & WERSON
                              A Professional Corporation


By: ___/s/ Rebecca S.Saelao___
        Scott J. Hyman
        Rebecca S. Saelao

Attorneys for Defendant VEROS CREDIT, LLC

## ORDER

Pursuant to the Parties' stipulation,

1. Plaintiffs may have through July 8, 2016 to file a Second Amended Complaint; and

2. Veros may have through August 8, 2016 to answer, move, or otherwise respond to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: June 30, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE