KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER        Bar No. 066401
NANCY BARRON           Bar No. 099278
ELLIOT CONN            Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
bryan@kbklegal.com
elliot@kbklegal.com

Scott D. Owens
*admitted pro hac vice*
Scott D. Owens, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Phone: (954) 589-0588
Fax: (954) 337-0666
scott@scottdowens.com

Attorneys for Plaintiffs Yolanda Cosper, Fred Lumpkin, and Sebastian McGhee, and the putative class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA COSPER, FRED LUMPKIN, and SEBASTIAN MCGHEE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs.<br><br>　v.<br><br>VEROS CREDIT, LLC<br><br>　　　　　　　Defendant.<br>_____/ | **Case No. 2:15-cv-01752-MCE-CKD**<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER CONTINUING VEROS' MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE**<br><br>**Date: September 22, 2016<br>Time: 2:00 p.m.<br>Courtroom 7, 14th Floor<br>Hon. Morrison C. England, Jr.** |

**COMES NOW THE PARTIES TO THE ABOVE-REFERENCED ACTION AND RECITE AND STIPULATE AS FOLLOWS:**

　　1.　　WHEREAS, on August 8, 2016, Defendant VEROS CREDIT, LLC filed a Motion to Dismiss Plaintiffs' Second Amended Complaint or in the Alternative Motion to Strike,

with hearing currently scheduled for September 22, 2016;

**NOW THEREFORE THE PARTIES STIPULATE:**

1. The hearing on Defendant's motion is continued to December 15, 2016.

2. Plaintiffs' opposition shall be filed and served not later than October 7, 2016

3. Defendant's reply shall be filed and served not later than November 4, 2016

Dated: August 19, 2016                    KEMNITZER, BARRON & KRIEG, LLP

By:   /s/ *Bryan Kemnitzer*
BRYAN KEMNITZER
Attorneys for Plaintiffs YOLANDA COSPER, FRED LUMPKIN, and SEBASTIAN McGHEE and the Proposed Class

Dated: August 19, 2016                    SEVERSON & WERSON, A PC

By:   /s/ *Rebecca S. Saelao*
SCOTT J. HYMAN
REBECCA S. SAELAO
Attorneys for Defendant VEROS CREDIT, LLC

**ORDER**

Pursuant to the Parties' stipulation,

1. The hearing on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint or in the Alternative Motion to Strike is continued to December 15, 2016 at 2:00 p.m.

2. Plaintiffs' opposition shall be filed and served not later than October 7, 2016

3. Defendant's reply shall be filed and served not later than November 4, 2016

IT IS SO ORDERED.

Dated: August 24, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE