SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

ERIK KEMP (State Bar No. 246196)
ek@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
VEROS CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| YOLANDA COSPER, FRED LUMPKIN, and SEBASTIAN MCGHEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEROS CREDIT, LLC,<br><br>Defendant. | Case No. 2:15-cv-01752-MCE-CKD<br>Hon. Morrison C. England, Jr.<br>Ctrm. 7, 14th Floor<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO RESET HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Action Filed:   August 18, 2015<br>Trial Date:       None Set |

12554.0002/9504679.2

STIPULATION AND ORDER TO RESET HEARING DATE ON MOTION TO DISMISS

Plaintiffs YOLANDA COSPER, FRED LUMPKIN and SEBASTIAN MCGHEE ("Plaintiffs"), and Defendant Veros Credit, LLC ("Veros") hereby stipulate and agree as follows:

WHEREAS, Veros filed a Motion to Dismiss Plaintiffs' Second Amended Complaint or in the Alternative Motion to Strike ("Motion") on August 8, 2016 [Dkt. No. 31];

WHEREAS, Veros' Motion is presently fully briefed and set to be heard on December 15, 2016 [see Dkt. Nos. 34, 35 & 36];

WHEREAS, due to unexpected unavailability as a result of a family emergency, Plaintiffs' counsel has requested, and Veros has agreed, to stipulate subject to Court approval and availability that the hearing on the Motion be reset from December 15, 2016 to January 12, 2017 at 2:00 p.m.

WHEREAS, the stipulated extension will not alter the date of any other event or deadline already fixed by Court order.

The Parties therefore **STIPULATE** as follows:

Subject to Court approval and availability, the parties stipulate and request that the hearing presently set for Veros' Motion to Dismiss Plaintiffs' Second Amended Complaint or in the Alternative Motion to Strike be reset from December 15, 2016 to January 12, 2017 at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED:  December 6, 2016     SEVERSON & WERSON

By: _/s/ Rebecca S. Saelao_
Rebecca S. Saelao
Attorneys for Defendant VEROS CREDIT, LLC

DATED:  December 6, 2016     KEMNITZER, BARRON, & KRIEG, LLP

By: _/s/ Kristin Kemnitzer_
Bryan Kemnitzer
Elliot Jason Conn
Kristin Kemnitzer
Attorneys for Plaintiffs

I, Rebecca S. Saelao, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that the above signatory has concurred in this filing.
By: _/s/Rebecca S. Saelao_

**ORDER**

Pursuant to the Parties' stipulation, the hearing presently set for Veros' Motion to Dismiss Plaintiffs' Second Amended Complaint or in the Alternative Motion to Strike (ECF No. 31) is HEREBY reset from December 15, 2016 to January 12, 2017 at 2:00 p.m..

IT IS SO ORDERED.

Dated:  December 7, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE