1  KEMNITZER, BARRON, & KRIEG, LLP
   BRYAN KEMNITZER            Bar No. 066401
2  ADAM J. MCNEILE            Bar No. 280296
   42 Miller Ave., 3rd Floor
3  Mill Valley, CA  94941
   Telephone:  (415) 632-1900
4  Facsimile:  (415) 632-1901
   Attorneys for Plaintiffs YOLANDA COSPER, FRED LUMPKIN, SEBASTIAN MCGHEE, and
5  the putative class

6  Scott D. Owens
   *admitted pro hac vice*
7  SCOTT D. OWENS, P.A.
   3800 S. Ocean Dr., Ste. 235
8  Hollywood, FL  33019
   Telephone:  (954) 589-0588
9  Facsimile:  (954) 337-0666
   Attorneys for Plaintiffs YOLANDA COSPER, FRED LUMPKIN, SEBASTIAN MCGHEE, and
10 the putative class

11 SEVERSON & WERSON
   SCOTT J. HYMAN              Bar No. 148709
12 GENEVIEVE R. WALSER-JOLLY  Bar No. 262784
   19100 Von Karman Ave., Ste. 700
13 Irvine, CA  92612
   Telephone:  (949) 442-7110
14 Facsimile:  (949) 442-7118
   Attorneys for Defendant VEROS CREDIT, LLC
15
   SEVERSON & WERSON
16 ERIK KEMP                   Bar No. 246196
   REBECCA S. SAELAO           Bar No. 222731
17 One Embarcadero Center, Ste. 2600
   San Francisco, CA  94111
18 Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
19 Attorneys for Defendant VEROS CREDIT, LLC

20
                    UNITED STATES DISTRICT COURT
21
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| 23  YOLANDA COSPER, FRED LUMPKIN, and SEBASTIAN MCGHEE, individually and on behalf of all others similarly situated, | **Case No. 2:15-cv-01752-MCE-CKD** |
| 24 | **STIPULATED ORDER CONTINUING DISCOVERY CUTOFF, DISCLOSURE DEADLINES AND DISPOSITIVE MOTIONS FILING DEADLINE** |
| 25                     Plaintiffs. | |
| 26       v. | Unlimited Civil Case |
|     VEROS CREDIT, LLC | |
| 27 | |
|                     Defendant. | |
| 28  _____/ | |

12554.0002/15306483.1                        1
                                  15cv1752.so.0415.doc

**COMES NOW THE PARTIES TO THE ABOVE-REFERENCED ACTION AND RECITE AND STIPULATE AS FOLLOWS:**

1. WHEREAS, this Court, in its Supplemental Scheduling Order issued May 1, 2019, ordered that "All discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty-five (365) days from the date of the Order", that designation of expert witnesses be served "not later than sixty (60) days after the close of discovery, that supplemental designation of expert witnesses be served "within thirty (30) days after the designation of expert witnesses", and dispositive motions be filed "no later than one hundred eighty (180) days after the close of non-expert discovery;"

2. WHEREAS, on July 2, 2019, Plaintiffs noticed the depositions of Defendant's persons most qualified to take place on September 25, 2019;

3. WHEREAS, the depositions were postponed in favor of private mediation;

4. WHEREAS, the parties attended a private mediation on December 11, 2020 with Hon. Ronald M. Sabraw (Ret.) at JAMS;

5. WHEREAS, Judge Sabraw issued a Mediator's Proposal on February 25, 2020;

6. WHEREAS, after several extensions of time, the parties have recently determined that the Mediator's Proposal will not be accepted;

7. WHEREAS, the deadline to complete discovery set forth in the Court's May 1, 2019 Order is April 30, 2020; the deadline to disclose experts is June 29, 2020, the deadline to disclose supplemental experts is July 29, 2020, and the deadline to file dispositive motions is October 27, 2020;

8. WHEREAS, recent Federal, State and Local Shelter in Place Orders have made it impossible to schedule depositions for the foreseeable future;

**NOW THEREFORE THE PARTIES STIPULATE:**

1. The deadline for all discovery, with the exception of expert discovery, to be completed is extended to October 30, 2020.

2. As stated in the Court's May 1, 2019 Order, "In this context, 'completed' means that all discovery shall have been conducted so that all depositions have been taken and any

disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed."

    3.    Designation of expert witnesses shall be served not later than sixty (60) days after the close of discovery.

    4.    Designation of supplemental expert witnesses shall be served within thirty (30) days after the designation of expert witnesses.

    5.    Dispositive motions shall be filed no later than one hundred eighty (180) days after the close of non-expert discovery.

Dated: April 14, 2020          KEMNITZER, BARRON & KRIEG, LLP

By:   /s/ *Bruan Kemnitzer*
       BRYAN KEMNITZER
       KRISTIN KEMNITZER
       Attorneys for Plaintiffs YOLANDA COSPER, FRED LUMPKIN, SEBASTIAN MCGHEE, and the putative class

Dated: April 14, 2020          SEVERSON & WERSON

By:   /s/ *Genevieve R. Walser-Jolly* (with permission)
       SCOTT J. HYMAN
       REBECCA SAELAO
       ERIK KEMP
       GENEVIEVE R. WALSER-JOLLY
       Attorneys for Defendant VEROS CREDIT, LLC

# **ORDER**

Pursuant to the Parties' stipulation,

1. The deadline for the all discovery, with the exception of expert discovery, to be completed is extended to October 30, 2020.

2. In this context, 'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

3. Designation of expert witnesses shall be served not later than sixty (60) days after the close of discovery.

4. Designation of supplemental expert witnesses shall be served within thirty (30) days after the designation of expert witnesses.

5. Dispositive motions shall be filed no later than one hundred eighty (180) days after the close of non-expert discovery.

IT IS SO ORDERED.

Dated: April 16, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE