KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER         Bar No. 066401
ADAM J. MCNEILE         Bar No. 280296
42 Miller Ave., 3rd Floor
Mill Valley, CA  94941
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
bryan@kbklegal.com
nancy@kbklegal.com
kristin@kbklegal.com

Scott D. Owens
*admitted pro hac vice*
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL  33019
Phone:  (954) 589-0588
Facsimile:  (954) 337-0666
scott@scottdowens.com

Attorneys for Plaintiffs Yolanda Cosper, Fred Lumpkin, and Sebastian McGhee, and the putative class

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA COSPER, FRED LUMPKIN, and SEBASTIAN MCGHEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>VEROS CREDIT, LLC<br><br>Defendant.<br>_____/ | **Case No. 2:15-cv-01752-GEB-CKD**<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 160 of the United States District Court for the Eastern District of California, Plaintiffs advise the Court that the parties have reached a settlement in this case.

Dated:  July 23, 2020                              KEMNITZER, BARRON & KRIEG, LLP

_____
BRYAN KEMNITZER