KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER          Bar No. 066401
ADAM J. MCNEILE           Bar No. 280296
42 Miller Ave., 3rd Floor
Mill Valley, CA 94941
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
bryan@kbklegal.com
nancy@kbklegal.com
kristin@kbklegal.com

Attorneys for Plaintiffs Yolanda Cosper, Fred Lumpkin, Sebastian McGhee, and the putative class

SEVERSON & WERSON
SCOTT J. HYMAN                     Bar No. 148709
GENEVIEVE R. WALSER-JOLLY  Bar No. 262784
19100 Von Karman Ave., Ste. 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
sjh@severson.com
grw@severson.com

Attorneys for Defendant VEROS CREDIT, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA COSPER, FRED LUMPKIN, and SEBASTIAN MCGHEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>VEROS CREDIT, LLC<br><br>Defendant.<br>_____/ | Case No. 2:15-cv-01752-MCE-CKD<br><br>CLASS ACTION<br><br>**JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFFS COSPER AND LUMPKIN'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO PLAINTIFF MCGHEE'S INDIVIDUAL CLAIMS AND THE CLAIMS OF THE PUTATIVE CLASS**<br><br>**[Fed. R. Civ. Proc. 41]**<br><br>Action Filed:   August 18, 2015<br>Trial Date:      None Set |

12554.0002/15402193.2

**JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFFS COSPER AND LUMPKIN'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO PLAINTIFF MCGHEE'S INDIVIDUAL CLAIMS AND THE CLAIMS OF THE PUTATIVE CLASS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiffs Yolanda Cosper, Fred Lumpkin, and Sebastian McGhee and Defendant Veros Credit, LLC ("Veros") hereby jointly move and stipulate to the dismissal of Plaintiffs Cosper and Lumpkin's individual claims against Veros with prejudice, and to the dismissal of Plaintiff McGhee's claims and the claims of putative class members against Veros without prejudice, with each party to bear its own fees and costs.

DATED:  September 16, 2020    SEVERSON & WERSON
A Professional Corporation

By:    */s/ Genevieve R. Walser-Jolly*
          GENEVIEVE R. WALSER-JOLLY

Attorneys for Defendant VEROS CREDIT, LLC

DATED:  September 21, 2020    KEMNITZER, BARRON, & KRIEG LLP

By:    /s/ *Bryan Kemnitzer*
          BRYAN KEMNITZER

Attorneys for Plaintiffs YOLANDA COSPER, FRED LUMPKIN, and SEBASTIAN MCGHEE

12554.0002/15402193.2

2

**JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFFS COSPER AND LUMPKIN'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO PLAINTIFF MCGHEE'S INDIVIDUAL CLAIMS AND THE CLAIMS OF THE PUTATIVE CLASS**

**ECF SIGNATURE CERTIFICATION**

Undersigned counsel hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: _____*/s/ Bryan Kemnitzer*_____
Bryan Kemnitzer