1  KEMNITZER, BARRON, & KRIEG, LLP
   BRYAN KEMNITZER          Bar No. 066401
2  ADAM J. MCNEILE          Bar No. 280296
   42 Miller Ave., 3rd Floor
3  Mill Valley, CA  94941
   Telephone:  (415) 632-1900
4  Facsimile:  (415) 632-1901
   bryan@kbklegal.com
5  nancy@kbklegal.com
   kristin@kbklegal.com
6
7  Attorneys for Plaintiffs Yolanda Cosper, Fred Lumpkin, Sebastian McGhee, and the putative class

8  SEVERSON & WERSON
   SCOTT J. HYMAN           Bar No. 148709
9  GENEVIEVE R. WALSER-JOLLY  Bar No. 262784
   19100 Von Karman Ave., Ste. 700
10 Irvine, CA  92612
   Telephone:  (949) 442-7110
11 Facsimile:  (949) 442-7118
   sjh@severson.com
12 grw@severson.com

13 Attorneys for Defendant VEROS CREDIT, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| YOLANDA COSPER, FRED LUMPKIN, and SEBASTIAN MCGHEE, individually and on behalf of all others similarly situated, | **Case No. 2:15-cv-01752-MCE-CKD** |
|---|---|
| Plaintiffs. | CLASS ACTION |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS COSPER AND LUMPKIN'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO PLAINTIFF MCGHEE'S INDIVIDUAL CLAIMS AND THE CLAIMS OF THE PUTATIVE CLASS** |
| VEROS CREDIT, LLC | |
| Defendant. | |

1  Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS SO
2  ORDERED that this action is DISMISSED WITH PREJUDICE AS TO PLAINTIFFS COSPER
3  AND LUMPKIN'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO
4  PLAINTIFF MCGHEE'S INDIVIDUAL CLAIMS AND THE CLAIMS OF THE PUTATIVE
5  CLASS.
6  IT IS SO ORDERED.
7  Dated: September 28, 2020

*[signature]*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE